IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEFINA S. CUNANAN,<br><br>        Plaintiff,<br><br>   v.<br><br>WELLS FARGO BANK, N.A., ET AL.,<br><br>        Defendants.                              / | No. C 11-03997 CRB<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff filed this action in state court in June 2011. See dkt. 1 Ex. A. It was removed to this Court on August 15, 2011, see dkt. 1; Defendants moved to dismiss on August 22, 2011, dkt. 9, and amended that notice on August 26, 2011, see dkt. 14. Per Local Rule 7-3, Plaintiff's opposition was due on September 9, 2011. As of this date, Plaintiff has not yet filed an opposition. Accordingly, Plaintiff is ORDERED to show cause why her case should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b). Plaintiff shall file her response to this Order, along with any materials she would like the Court to consider in ruling on Defendants' motion, by Friday, September 23 at 3:00 p.m. Failure to respond to this Order could result in the dismissal of Plaintiff's case.

**IT IS SO ORDERED.**

Dated: September 20, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\3997\OSC.frm