IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEFINA S. CUNANAN,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., ET AL.,<br><br>    Defendants._____/ | No. C 11-03997 CRB<br><br>**ORDER DISMISSING CASE** |

    Plaintiff filed to file an opposition to the Defendants' motion to dismiss (dkt. 9), and so this Court ordered her to show cause why her case should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b), <u>see</u> dkt. 16.  Plaintiff failed to respond to that Order, however, and so her case is DISMISSED for failure to prosecute.

    **IT IS SO ORDERED.**

Dated: September 28, 2011

                                                  CHARLES R. BREYER<br>
                                                  UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\3997\order dismissing.wpd